IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS<br>AND PIPEFITTERS NATIONAL<br>PENSION FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>Patricia Roberts, Jordan<br>Roberts, J.R. Company<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   1:07cv1159 (JCC/BRP)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

     Upon consideration of the May 20, 2008, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record, it is hereby

     ORDERED that the court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge, and the proposed Judgment and Order submitted by the plaintiffs is this day entered.

                            /s/
                         James C. Cacheris
                         United States District Judge

Alexandria, Virginia
June 17, 2008